## No. 5942.

### STATE OF LOUISIANA VS. J. W. CALLUM.

Under the provisions of the constitution, article seventy-four, an appeal in criminal cases lies only when the punishment of death, or imprisonment at hard labor, or a fine exceeding three hundred dollars, is actually imposed. No penalty having been imposed in this case, the appeal must be dismissed.

APPEAL from the Twelfth Judicial District Court, parish of Winn. *Taliaferro, J.* Criminal case. *Daniel B. Gorham,* District Attorney, and *A. P. Field,* Attorney General, for plaintiff and appellant. *S. M. Bryan* and *George Wear,* for defendant and appellee.

HOWELL, J. A motion is made to dismiss this appeal on the ground that this court has no jurisdiction of the case, the State having appealed from a judgment quashing the indictment found against the defendant.

Under the provisions of the constitution (article 74) an appeal in criminal cases lies only when the punishment of death or imprisonment at hard labor, or a fine exceeding three hundred dollars, is actually imposed. No penalty was imposed in this case.

It is therefore ordered that the appeal herein be dismissed.